# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   Atwood, Vincent L                      §       Case No. 08 B 03967
                                                §
         Debtor                                 §
                                                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1)   The case was filed on 02/21/2008.

   2)   The plan was confirmed on 06/16/2008.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/18/2010.

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on 07/11/2011, 09/20/2010 and 12/13/2010.

   5)   The case was dismissed on 07/18/2011.

   6)   Number of months from filing or conversion to last payment: 39.

   7)   Number of months case was pending: 44.

   8)   Total value of assets abandoned by court order: (NA).

   9)   Total value of assets exempted: $1,110.00.

   10)  Amount of unsecured claims discharged without full payment: $0.

   11)  All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,212.16 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$3,212.16** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,013.97 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $198.19 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,212.16** |
| Attorney fees paid and disclosed by debtor | $99.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept Of Healthcare And Fami | Priority | $0 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Priority | NA | $431.52 | $431.52 | $0 | $0 |
| Internal Revenue Service | Priority | NA | $1,416.62 | $1,416.62 | $0 | $0 |
| Access Community Health Network | Unsecured | $230.00 | NA | NA | $0 | $0 |
| ADT Security Systems | Unsecured | $624.70 | NA | NA | $0 | $0 |
| Advocate Christ Medical Center | Unsecured | $652.21 | NA | NA | $0 | $0 |
| America's Credit Jewelers | Unsecured | $351.27 | NA | NA | $0 | $0 |
| American Medical Collection | Unsecured | $11.49 | NA | NA | $0 | $0 |
| Aspire | Unsecured | $1,313.91 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $126.56 | NA | NA | $0 | $0 |
| Bally Total Fitness | Unsecured | $1,720.00 | NA | NA | $0 | $0 |
| Bethany Hospital | Unsecured | $25.10 | NA | NA | $0 | $0 |
| Boyajian Law Offices | Unsecured | $128.28 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $917.53 | $908.53 | $908.53 | $0 | $0 |
| Certegy Payment Recovery Services I | Unsecured | $128.28 | NA | NA | $0 | $0 |
| CMI Inc | Unsecured | $490.01 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $611.19 | $629.86 | $629.86 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Complete Credit Solutions Inc | Unsecured | $449.70 | $449.70 | $449.70 | $0 | $0 |
| Continental Finance | Unsecured | $550.70 | $550.70 | $550.70 | $0 | $0 |
| Crandon Emergency Physician | Unsecured | $263.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $173.43 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $15.96 | NA | NA | $0 | $0 |
| Credit Solutions Corporation | Unsecured | $550.00 | NA | NA | $0 | $0 |
| Creditors Discount & Audit Co | Unsecured | $215.00 | NA | NA | $0 | $0 |
| Dr G Reza Nazarian | Unsecured | $57.00 | NA | NA | $0 | $0 |
| Dymacol Inc | Unsecured | $125.27 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $529.61 | $399.09 | $399.09 | $0 | $0 |
| First Bank Of Delaware | Unsecured | $550.00 | NA | NA | $0 | $0 |
| First Premier Bank | Unsecured | $403.00 | NA | NA | $0 | $0 |
| Foundation For Emergency Svc | Unsecured | $215.00 | NA | NA | $0 | $0 |
| Hand & Plastic Surgery Assoc. | Unsecured | $2,876.00 | $2,876.70 | $2,876.70 | $0 | $0 |
| HSBC Bank USA | Unsecured | $299.00 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | NA | $144.90 | $144.90 | $0 | $0 |
| Imagine | Unsecured | $363.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $199.00 | $199.00 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $866.66 | $866.66 | $866.66 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $385.74 | $385.74 | $385.74 | $0 | $0 |
| KCA Financial Services | Unsecured | $57.00 | NA | NA | $0 | $0 |
| Linebarger Goggan Blair & Simpson | Unsecured | $50.96 | NA | NA | $0 | $0 |
| Marquette Radiology Associates | Unsecured | $58.00 | NA | NA | $0 | $0 |
| Midwest Anesthesiologists | Unsecured | $54.00 | NA | NA | $0 | $0 |
| Monterey Financial Services | Unsecured | $688.00 | NA | NA | $0 | $0 |
| National Action Financial Services | Unsecured | $866.66 | NA | NA | $0 | $0 |
| Nationwide Credit & Collection | Unsecured | $44.42 | NA | NA | $0 | $0 |
| Nelson Watson & Associates LLC | Unsecured | $728.26 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $264.93 | NA | NA | $0 | $0 |
| Oxford Management Services | Unsecured | $1,087.44 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,518.13 | $1,844.20 | $1,844.20 | $0 | $0 |
| Plains Commerce Bank | Unsecured | $323.00 | NA | NA | $0 | $0 |
| Plains Commerce Bank | Unsecured | $542.00 | NA | NA | $0 | $0 |
| Plains Commerce Bank | Unsecured | $323.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $376.71 | $376.71 | $376.71 | $0 | $0 |
| Premier Bankcard | Unsecured | $490.39 | $490.39 | $490.39 | $0 | $0 |
| Professional Account Management | Unsecured | $30.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Progressive Recovery Technique | Unsecured | $266.00 | NA | NA | $0 | $0 |
| Rewards 660 | Unsecured | $527.63 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $148.00 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $142.00 | NA | NA | $0 | $0 |
| The Diamond Center | Unsecured | $420.00 | NA | NA | $0 | $0 |
| The Diamond Center | Unsecured | $360.02 | NA | NA | $0 | $0 |
| Transworld Systems Inc | Unsecured | $54.87 | NA | NA | $0 | $0 |
| Universal Radiology | Unsecured | $62.00 | NA | NA | $0 | $0 |
| University of Chicago | Unsecured | $614.25 | NA | NA | $0 | $0 |
| University Of Chicago Medical Cente | Unsecured | $179.25 | NA | NA | $0 | $0 |
| University Of Chicago Physicians | Unsecured | $179.25 | NA | NA | $0 | $0 |
| Vanessa L Hartman | Unsecured | $95.68 | NA | NA | $0 | $0 |
| Vogt & Resnick | Unsecured | $39.97 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $0 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $1,848.14 | $0 | $0 |
| **TOTAL PRIORITY:** | $1,848.14 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $10,122.18 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,212.16 |
| Disbursements to Creditors | $0 |
| **TOTAL DISBURSEMENTS:** | $3,212.16 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date: October 19, 2011    By: /s/ MARILYN O. MARSHALL
                                  Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)